# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## JS-6

### CIVIL MINUTES – GENERAL

| Case No. | SACV 22-01714-FWS (JDEx) | Date | January 3, 2023 |
|----------|--------------------------|------|-----------------|
| Title | Anting Ma v. Jaddou Ur Mendoza et al | | |

PRESENT:

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | Not Reported |
|------------------|--------------|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|----------------------------------|----------------------------------|
| None Present | None Present |

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

This action was filed on September 17, 2022.   On December 19, 2022, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before December 28, 2022 why this action should not be dismissed for lack of prosecution [12]. Plaintiff has failed to respond to the Court's Order.   Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court's Order to Show Cause is hereby DISCHARGED.

|  | - : - |
|--|-------|
| Initials of Deputy Clerk | mku |